JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KAMILIA RIZK,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION: DOES 1 to 100,<br><br>    Defendants. | No. 2:20-CV-04780-JAK-KS<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE (DKT. 19)** |
|---|---|

Based on a review of the Joint Stipulation for Dismissal of the Entire Action with Prejudice (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, as to all Defendants, with each party bearing its or her own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: March 14, 2021

_____
John A. Kronstadt
United States District Judge